# State of Alaska Department of Corrections

## STATEMENT OF ACCOUNT
### ANCHORAGE JAIL

Statement Date: 11/09/2022  To: 05/09/2023

**ACCOUNT TRANSACTION DETAIL:**

| Offender No: | 152106 | Location | ANCHORAGE JAIL | Cell: A07 B |
|---|---|---|---|---|
| Offender Name: | DAVIS, BENJAMIN GEORGE | | | |

Account: CHECKING
Account: 0.03

| Trans ID | Trans Date | Transaction Description / Ref Doc | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Begining Balance | | | 0.03 |
| | | -----No Transactions----- | | | 0.03 |
| | | Ending Balance | | | 0.03 |

Account: SAVING
Account: 0.00

| Trans ID | Trans Date | Transaction Description / Ref Doc | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Begining Balance | | | 0.00 |
| | | -----No Transactions----- | | | 0.00 |
| | | Ending Balance | | | 0.00 |

I certify this to be a true copy of the original document

*O. mahé*    5.09.23
Signature    Date



**Department of Corrections**

Division of Institutions
Anchorage Correctional Complex

1400 East 4th Avenue
Anchorage, Alaska 99501-2857
Main: 907-269-4100
Fax: 907-269-4208

## MEMORANDUM

**FROM:** Denise Mahé
Accounting Clerk
Anchorage Correctional Complex

**SUBJECT:** Benjamin G. Davis
OB # 152106

**As of June 01, 2008 this office will no longer provide a calculated cover letter for statements. The court is now calculating these figures for you.**

If you are a prisoner who is commencing a civil action, an appeal from a civil action, or an appeal from the final decision of an administrative agency, against the state or a present or former state officer, agent or employee, **and you are requesting a filing fee exemption**, you should submit this memorandum and enclosure to the court.

If you indicated that you would like an additional copy of your statements or requested statements older than six months, these copies are available for $0.15 each. You may request copies of these originals from your Institution through a commissary request.